UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                 CASE NO: 2:18-cr-193-FtM-38MRM

CA'VOISIER ALIZE LANE

## ORDER

Before the Court is Defendant Ca'voisier Lane's Motion to Suppress Statements (Doc. 29). In response, the Government agreed not to "introduce any statements, either pre- or post-*Miranda*, that defendant made to TFO Wuthrich and/or Officer Sanders on October 13, 2018, at the FMPD headquarters, in its case-in-chief in this trial." (Doc. 44). Lane acknowledges that an order based on the Government's Response would render his Motion moot. (Doc. 47).

Accordingly, it is now

**ORDERED:**

(1) The Government is **ORDERED** not to introduce in its case-in-chief any statements, either pre- or post-*Miranda*, that Defendant Ca'voisier Lane made to Task Force Officer Christopher Wuthrich and/or Fort Myers Police Officer Jari Sanders on October 13, 2018, at the Fort Myers Police Department Headquarters.

(2) Defendant Ca'voisier Lane's Motion to Suppress Statements (Doc. 29) is **DENIED as moot**.

**DONE AND ORDERED** at Fort Myers, Florida, this February 11, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record